# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENDALL MAR, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>a foreign corporation, )<br>)<br>Defendant. )<br>) | Case No.  CV-08-130-C |

## UNOPPOSSED MOTION TO DISMISS

COMES NOW Plaintiff, Kendall Marr, by and through his counsel of record, A.D. Sanderson, and states that the parties in the above styled action have amicable resolved all Claims, and moves, unopposed, to dismiss all claims against Defendant, NCO Financial Systems.

**WHEREFORE**, Plaintiff respectfully prays that the above style action be dismissed.

Respectfully submitted,

 /s/ A.D. Sanderson
A.D. Sanderson OBA # 21705
Law Center of Oklahoma
2914 Epperly Drive
Del City, Oklahoma 73115
(405) 672-9660 Telephone
(405) 672-9710 Facsimile
sanderson@lawcenterofok.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 9th day of July, 2008, I electronically transmitted the foregoing Unopposed Motion to Dismiss to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

TOM L. KING, OBA# 5040
RICHARD M. GLASGOW, OBA# 13135
JUSTIN T. KING, OBA# 18745
KING LAW FIRM
1141 N. Robinson, Suite 300
Oklahoma City, OK 73103
Telephone: (405) 239-6143
Facsimile: (405) 236-3934
E-Mail: king@king-lawfirm.com
ATTORNEYS FOR DEFENDANT

_____/s/ A.D Sanderson_____

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

KENDALL MAR, an )
individual, )
)
       Plaintiff, )
)
vs. )   Case No.  CV-08-130-C
)
NCO FINANCIAL SYSTEMS, INC., )
a foreign corporation, )
)
       Defendant. )
)

## **ORDER**

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that Plaintiff's claims Against Defendant NCO Financial Systmens, INC., are dismissed with prejudice.

**IT IS SO ORDERED.**

July ____, 2008.

_____
THE HONORABLE JUDGE ROBIN CAUTHRON
CHIEF UNTED STATES DISTRICT JUDGE
FOR THE WESTERN DISTRICT