## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENDALL MAR, an individual, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) CIV-08-130-C <br> ) |
| NCO FINANCIAL SYSTEMS, INC., a foreign corporation, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that Plaintiff's claims Against Defendant NCO Financial Systmens, INC., are dismissed with prejudice.

**IT IS SO ORDERED this 9th day of July, 2008.**

ROBIN J. CAUTHRON
United States District Judge